**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS – CENTRAL DIVISION**

IN RE: Michael Jay Foreman            CASE NO. 4:25-bk-11570
                                                                   CHAPTER 13

**OBJECTION TO CONFIRMATION**

Union Bank and Trust Company (herein, "UB&T"), by its Counsel, Barton & Roper, PLLC, and for its *Objection to Confirmation*, states:

1. That Debtor is indebted to UB&T in the sum of $27,094.24, together with interest accruing at the rate of $8.22 per day from May 9, 2025.

2. That said indebtedness is created pursuant to the provisions of that certain Promissory Note and Security Agreement, dated June 25, 2024, evidencing an indebtedness in the original sum of $29,362.22. A true and correct copy of said Promissory and Security Agreement is attached hereto as Exhibit One.

3. That said indebtedness is secured by a first lien security interest in and to a 2018 Ford F 150 pickup truck and a 2019 Yamaha ATV. Said security interests in both items of collateral are created pursuant to the terms of the Security Agreement attached hereto as Exhibit One.

4. That the security interest is perfected pursuant to the

terms of the Certificate of Title attached hereto as Exhibit Two (Ford Truck) and Exhibit Three (Yamaha ATV).

5. That the Debtor's plan proposes to pay to UB&T the sum of $21,370.00.

6. That UB&T's collateral has an aggregate value of in excess of $27,700.00.

7. That, therefore, the Debtor's plan does not propose to pay UB&T in full the value of its collateral, as a result seeks to cram down and not pay the Debtor's full indebtedness to UB&T, and does not treat UB&T at least as well as UB&T would be treated in a Chapter 7 Bankruptcy.

8. That Debtor's plan is not proposed in good faith.

WHEREFORE, UB&T prays that Debtor's plan as filed herein not be confirmed; and for all further and lawful relief to which it is entitled, it will forever pray.

**Barton & Roper, PLLC**
PO Box 507
Monticello, AR 71657
(870) 367-6288

_____
Whit Barton (79010)
wbarton@bartonandroper.com

## CERTIFICATE OF SERVICE

  I, Whit Barton, a member of Barton & Roper, PLLC, by the above signature, do hereby certify that a copy of the foregoing Objection to Confirmation was served on the 19th day of May, 2025 as follows:

Matthew Dean Black
Dickerson Law Firm, P.A.
Attorney for Debtor
PO Box 6400
Hot Springs, AR 71902
(501) 321-2954
hsecf@dickersonlawfirm.com
*via CM/ECF*

Jack W. Gooding
Chapter 13 Trustee
PO Box 8202
Little Rock, AR 72221-8202
(501) 537-4400
*via CM/ECF*

              **Barton & Roper, PLLC**
              PO Box 507
              Monticello, AR 71657
              (870) 367-6288

              Whit Barton (79010)
              wbarton@bartonandroper.com