# CERTIFICATE OF TITLE

## STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| 9271 | 2018 | FORD | F150 | PK |

| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
|---|---|---|---|---|---|
| 4731 | 4738 | AR | 07/18/2024 | 46800 | 4729 |

**MAILING ADDRESS**

UNION BANK AND TRUST CO
PO BOX 270
MONTICELLO AR 71657-0270

**REMARKS**

OD ACTUAL

**OWNER**

FOREMAN, MICHAEL JAY

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

**FIRST LIENHOLDER**

UNION BANK AND TRUST CO
PO BOX 270
MONTICELLO AR 71657-0270

DATE OF LIEN: 06/26/2024

**FIRST RELEASE** — INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED:

Name _____

Title _____ Date _____

VEHICLE IDENTIFICATION NUMBER 

TITLE NUMBER 

The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

*Charles S. Collins*

COMMISSIONER OF REVENUE

CONTROL NUMBER
(THIS IS NOT A TITLE NUMBER)

SRO2201

**VOID IF ALTERED**